# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CRAYTONIA BADGER, | ) | |
| | ) | |
| Plaintiff, | ) ` | No.: 2:16-cv-02886-STA-egb |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN FNU CHAPMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REQUIRING ADDITIONAL INFORMATION

Plaintiff Crayton Badger filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, along with a motion seeking leave to proceed *in forma pauperis*. The Court granted leave to proceed *in forma pauperis* and assessed the filing fee. On November 2, 2019, the Court ordered service of process for various defendants, including FNU Felt. On February 15, 2019, the summons for FNU Felt was returned as unexecuted with the notation that no one by that name had ever been employed at WTDF. (ECF No. 20.)

Plaintiff is entitled to rely on the United States Marshal Service to achieve service of process, but he must furnish sufficient information to identify a defendant. *Sellers v. United States*, 902 F.2d 598, 602 (7th Cir.1990) (citations omitted). Accordingly, the Court will grant Plaintiff twenty-one (21) days to provide information to the Court to more specifically identify FNU Felt.

**Failure to respond to this order will result in the dismissal of the action as to Officer Felt.**

    **IT IS SO ORDERED.**

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE

                                              Date: February 19, 2019